IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| DANNY MARTIN | § | |
| v. | § | CIVIL ACTION NO. 5:06cv36 |
| RED RIVER COUNTY JAIL, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Danny Martin, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On March 29, 2006, the Magistrate Judge ordered Martin to pay the statutory filing fee or to submit an application for leave to proceed *in forma pauperis* which was accompanied by a certified inmate trust account data sheet. The Magistrate Judge also directed that he file an amended complaint setting out his claims with more factual specificity. Martin received copies of these orders no later than April 6, 2006, but did not comply, nor did he respond thereto in any way.

On August 9, 2006, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed without prejudice for failure to prosecute or to obey an order of the Court. Martin received a copy of this Report on August 22, 2006, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has carefully reviewed the pleadings and documents in this case, as well as the Report of the Magistrate Judge.  Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct.  It is accordingly

ORDERED that the Report of the Magistrate Judge is hereby ADOPTED as the opinion of the District Court.  It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED without prejudice for failure to prosecute or to obey an order of the Court.  It is further

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

**SIGNED this 23rd day of October, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE